# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                       **ORDER**
                         Criminal File No. 99-50 (MJD/TNL)

(1) PETER ALLAN, SR.,

      Defendant.

Jeffrey S. Paulsen, Assistant United States Attorney, Counsel for Plaintiff.

Peter Allan, Sr., pro se.

    This matter is before the Court on Defendant Peter Allan, Sr.'s pro se Motion to Transfer Peter Allan Sr. to Federal Custody.  [Docket No. 154]  The history of this case has been set forth in multiple Orders denying Defendant's previous requests to transfer to federal custody.  (See, e.g., [Docket Nos. 102, 107].)

    In the current motion, Allan again requests a transfer from civil commitment in the custody of the State of Minnesota to federal custody on his supervised release violation.  As this Court has previously explained, when the

Court revoked his supervised release, it ordered that his federal sentence be served "consecutively to an indefinite term of Defendant's civil commitment in the Minnesota Sex Offender Program."  [Docket No. 88]  Defendant's objections to the conditions of his civil commitment are not before this Court in this case.  Recent rulings by the Honorable Donovan W. Frank regarding the constitutionality of the Minnesota Sex Offender Program do not provide a basis for this Court to transfer Defendant into federal custody.  Any remedies for those constitutional violations will be addressed by Judge Frank.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

Defendant Peter Allan, Sr.'s pro se Motion to Transfer Peter Allan Sr. to Federal Custody [Docket No. 154] is **DENIED**.

Dated:   October 21, 2015            s/ Michael J. Davis
                                     Michael J. Davis
                                     United States District Court